# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:24 am, Aug 04, 2021*
**JEFFREY P. COLWELL, CLERK**

Civil Action No. _____

(To be supplied by the court)

## Jerome L. Grimes,

___(A Proud Member of USA Boxing)_____, Plaintiff

v.

## USA Boxing, *Inc.,*

_____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other**

| materials to the Clerk's Office with this complaint. |
| --- |

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

**Jerome L. Grimes, B.A., & MBA, P.O. Box 2433, Eatonville, Florida 32751**

(Name and complete mailing address)

**(219) 808-0306, Jerome.grimes@my.strayer.edu**

(Telephone number and e-mail address)

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:     **USA Boxing, Inc., One Olympic Plaza, Colorado Springs, Colorado 80909**

(Name and complete mailing address)

**(719) 632-5551, info@usaboxing.org**

(Telephone number and e-mail address if known)

Defendant 2:     _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 3:     _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 4:     _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

C.      **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Florida_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____Colorado_____
(name of state or foreign nation).

Defendant 1 has its principal place of business in ____Colorado_____
(name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   <u>**Public Law of the United States of America and Its Territories and Legislature on the Protection of the Human Person Against Age Discrimination, 5th & 14th Amendments, U.S. Constitution.**</u>

Supporting facts:

Plaintiff on, <u>**July 08, 2015**</u>, petitioned the AIBA & USA Boxing for clearance to participate in the **2015** Year **2016** Summer Olympic International World Games "TRIALS" held in Memphis, Tennessee on <u>**October 24th -through- October 31st, 2015**</u>, at the Memphis Cook Convention Center and an AIBA's representative via telephonic conversation said "the decision requested herein is in the USA National Event Jurisdiction.  (AIBA) Amateur International Boxing Association known as:  International Boxing Association charged with knowledge the Plaintiff/Petitioner, Jerome L. Grimes that each country participating in the **2016** Summer Olympic Games has its own discretion to whom may participate; and They/(AIBA) said that They/(AIBA) would not protest the USA Boxing Decision "If" They/(USA Boxing) "Allows" the Petitioner/Plaintiff, Jerome L. Grimes to **"Compete WHILE Over 40 Years of Age"** in the **2015** Year **2016** Olympic Boxing "TRIALS", or thereafter qualifying tournaments in the **2016** Summer Olympic Games **WHILE Over 40 Years of Age**, i.e., **(without age discrimination in Self-EMPLOYMENT)**.  USA Boxing's Representative, Mr. Johnson "afterwards" informed Petitioner/Plaintiff, Jerome L. Grimes that if AIBA does not exclude Him/(PETIITIONER, Jerome) from participating at **49** YEARS OF AGE **ELITE CLASSIFICATION Pro Boxer With Less Than 15 Bouts**.  They/(USA Boxing's) Representative Mr. Johnson said **"Let Them/(USA Boxing) know and USA Boxing/(Respondent/Defendant) would COMPLY with "allowing"** Petitioner/Plaintiff, Jerome L. Grimes "COMPETE While OVER **40** Years of Age"".  This led to the petitioner/plaintiff HEREIN needing official hard-copy USA Boxing Permission

4

Letter -or- Card certifying the plaintiff's/petitioner's "allowance to athletic box as an ELITE Classification Boxing Participant OVER **40** Years of Age) to help the petitioner's/plaintiff's "on-going efforts" to help bring back the Luster to Olympic Style Boxing and Boxing.  The petitioner/plaintiff knows and knew of the weigh-ins and medical clearance requirements for ELITE Classification Boxing Participation.  This hard-copy ELITE Boxing Permission Letter -or-Card to **"compete/participate as ELITE Boxer"** WHILE Over **40** Years of Age for the Olympics was NEVER received by the petitioner/plaintiff who still seeks the right to "COMPETE" for the **2024** and **2028** Summer Olympic International World Games Self-EMPLOYMENT Venue WITHOUT Age Discrimination "similar to" that of a Marathon Athletic Runner **Over** the Age of **40** Years of Age.  The petitioner/plaintiff "MISSED" the opportunity to COMPETE in the **2016** Summer Olympic International World Games Boxing Qualifiers for the CHANCE to "TRY" and "EARN" a living through Self-EMPLOYMENT without age discrimination branding and marketing and "fighting" His/(PETITIONER'S/ Plaintiff's) "way to" REPRESENT the (USA) United States of America and Its Territories in the **2016** Summer Olympic International World Games Welterweight Division held in the beautiful city of Rio de Janeiro, Brazil on**:  May 5th -through- 21st, 2016**, And would have been **2016** Quinness Books of World Record Attempt/Hopeful in Olympic Style Boxing, which had and has **2024** and **2028** Luster Building Prestige for Boxing and for the Petitioner's/Plaintiff's boxing brand(s), such as: Team Protégé, LLC., and future the petitioner's/plaintiff's professional career as a Boxing TRAINER of Future Summer Olympic International World Games HOPEFUL Elite Classification Boxers/(Boxing Participants).


**D.      STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*


CLAIM TWO:   <u>**A TEMPORARY INJUNCTION AND INTERIM MEASURES TO SECURE IMMEDIATE ANNULMENT OF THE DEFENDANT'S DECISION AND BAN**</u>

**ON ANY FUTURE BOYCOTT OR AGE DISCRIMINATION.**

     Supporting facts:

   This civil complaint appeals defendant's decision to not allow participation unless authorized in writing by national law officials.  The new USA Boxing and (AIBA) International Boxing Association Rules permits athletes to earn monetary units/(Employment -or- Self-employment) through AIBA Pro Boxing, and allows professional boxers to compete for the chance to TRY and EARN their way to the Summer Olympic International World Games who have not had more than **15** professional bouts.  The petitioner has **-0-** (zero) professional bouts, but got his Professional Boxing License in the Year: **2008** in the State of Florida.  Petitioner/Plaintiff, Jerome L. Grimes has the national qualifications as an ELITE Boxer under the USA/ABF, i.e., USA Boxing's proud member **1992** Summer Olympic Games TRIALS QUALIFIER that was held in Ft. Huachuca, Arizona, "but" unethical cheating conspired tactics was committed AGAINST the Petitioner/Plaintiff, Jerome L. Grimes by Perpetrator, Ernie "Sonny" Marson, Sr., a Boxing Coach & USA/ABF President of Northern California Region in **1992, who resides at: 125 Ellington Avenue, aka: 147 Ellington Street, San Francisco, California 94112**.  And the petitioner/plaintiff has NEVER pro-debut, which is less than 15 professional bouts making this tort ripe for adjudication under public law on association and legislation on the protection of the human person from age discrimination.  This district court herein has proper under the common laws protected under the U.S. Constitution, which the (AIBA) International Boxing Association is ready and willing to COMPLY with any amendments in the USA Boxing Membership Governing Organization Participant's national Laws for boxing competition, pursuant to the U.S. Constitution's protections and safeguards for its jurisdictions.  If the Petitioner/Plaintiff, Jerome L. Grimes was excluded from the in-pendency ELITE Classification Boxing Competitions and Boxing Tournaments leading up to the **2024** Summer Olympic Paris International World Games Boxing Venue without a court hearing or procedure He/(PTITIONER, Jerome), would clearly suffer damage that would be difficult to repair at a later date.  Therefore, petitioner/plaintiff a proud member of USA Boxing is entitled to an emergency procedure and a temporary injunction.  Olympic Charter, Article **13J**, **June 01, 2016**, Amendment permits professional boxers to compete BUT no amendments to the age discrimination OVER 40 years of age boxers in the ELITE Classification has NOT been amended, WHICH IS NOW IN

VIOLATION OF THE U.S. Constitutional Age Discrimination Laws in the USA and Its Territories.

## D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM THREE:   **DEFENDANT, USA BOXING ARE NOT LAWYERS AND ARE NOT CLEAR ON WHICH "NEW" AIBA RULES FOR (APB) AIBA PRO BOXING REGULATIONS PERMIT USA BOXING PARTICIPANTS TO PARTICIPATE WITH LESS THAN 15 PROFESSIONAL BOUTS.**

    Supporting facts:

   The USA Boxing Rules in general states that: a.) *All boxers must be a member of USA Boxing, which the petitioner/plaintiff is and has been since the year __1981__, membership identified as USA/ABF/(USA Boxing Participant Passbook Number: __98714__). b.) Any boxer participating must have competed in at least (1) one National Federation Competition, such as the Northern California Golden Glove Tournament in the year __1992__, where the petitioner/plaintiff EARNED #2-Ranking in all of Northern California amateur boxing qualifier that resulted in the opportunity to COMPETE as an ELITE Boxer in the __1992__ Summer Olympic Trials held in Fort Huachuca, Arizona as mentioned above. c.) Even pursuant to the "New" AIBA Pro Boxing Rules, the petitioner/plaintiff has NEVER had a professional boxing bout, nor has the petitioner/plaintiff received any monetary units for a boxing bout. d.) Age Discrimination in employment is illegal in every Olympic International Boxing Participating Country, such as Japan, China, and the USA and Its Territories*, and the "New" AIBA Pro Boxing Rules in general included self-employed professional boxers, i.e., the petitioner/plaintiff as a prospective __2016__ Summer Olympic Rio International World Games Boxing Participant HOPEFUL "if" He/(PETITIONER, Jerome) could have won at the, **October 24th -through- 31st, 2015**, Olympic TRIALS Qualifying Championship, which was the only way He/(PETITIONER, Jerome) could have proven that

7

He/(PETITIONER, Jerome) was the best candidate qualified to represent the USA Boxing Team at the **2016** Summer Olympic Rio International World Games, which unfortunately did not happened due to current boycott , prohibition, or age discrimination in employment/self-employment boxing OVER **40** years of age.

**D.      STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM FOUR:   **PETITIONER/PLAINTIFF IS QUALIFIED TO COMPETE AS AN ELITE BOXER IN NATIONAL AND INTERNATIONAL OLYMPIC BOXING PREREQUISITE QUALIFIERS "IF" NOT FOR THE CURRENT AGE DISCRIMINATION IN EMPLOYMENT/SELF-EMPLOYMENT CAREER BOXING THAT IS ILLEGALLY EXCLUDING ELITE BOXERS WHO BECOME OVER 40 YEARS OF AGE.**

Supporting facts:

In the Year **1992** in San Jose, California at the Regional Northern California Golden Gloves Amateur Boxing USA/ABF, i.e., USA Boxing Championship Olympic TRIALS Qualifier, the proud member of USA Boxing, Petitioner/Plaintiff, Jerome L. Grimes "QUALIFIED" for the Prestigious Privilege of Representing Northern California in the **1992** Western Olympic TRIALS held in the State of Arizona, BUT due to unethical and illegal covert actions, i.e., **POST-03/14/1980** Olympian Boxers Airplane Illegal Unjustifiable Remote Control Tire Blowout Covert Terrorism committed by Inside-Jobber, Ernie Marson, Sr., **aka:** "Sonny Marson" the **1992** USA Amateur Boxing Northern California President, discovered through In Pro Se, Independent Investigation that led to the Petitioner/Plaintiff, Jerome L. Grimes being "CHEATED" out of His/(PETITIONER, Jerome's) EARNED spot in the **1992** Summer Olympic **TRAILS** Boxing Participant Qualifier Tournament Opportunity as mentioned above, in violation of His/(PETITIONER, Jerome's) U.S. Constitutional Right To The Pursuit Of Happiness To PARTICIPATE In That **1992** Western Olympic Qualifier Tournament full-expense paid trip to

8

compete in Fort Huachuca, Arizona towards EARNING His/(PETITIONER, Jerome's) way to the **1992** Summer Olympic Barcelona International World Games Opportunity, i.e., Final **1992** Opportunity to Qualify for the **1992** USA Boxing Team, discovered through In Pro Se, Independent Investigation.  Furthermore, on, **June 26, 2015**, via telephone the petitioner/plaintiff had been **"told"** by USA Boxing Louisiana LBC Representative, Mr. LeBlanc "to secure authorization in writing that He/(PETITIONER, Jerome) can participate in the, **October 24th - through- 31st, 2015**, Qualifier for the **2016** Olympic TRIALS Boxing Participant Venue opportunity to EARN His/(PETITIONER, Jerome's) way to REPRESENT the (USA) United States of America and Its Territories in the **August 05th -through- 21st, 2016**, Summer Olympic Rio International World Games, as an ELITE Classification Boxer at **49** years of age with less than **15** professional bouts".  (The Lie Detector Test That Does Not Work-off Of Stress, pursuant to The Patriot Act is warranted and admissible for **03/14/1980**-Prime Suspect/Boxing Coach, Ernie Marson, Sr., **aka:**  "Sonny Marson", and warranted and admissible for Ernie Marson's Boxing Student/Shill & **03/14/1980**-Co-prime Suspect, Alphonso Livingston (S.F. Police Officer **2012**, **55** Years of Age in **2021**) with **1980** Residence situated: approx.: 543 **Ram**sell Street, San Francisco, California 94132 (**See:** *https://youtu.be/rzt2BRdEe6g*) of public interest SEE SOMETHING SAY SOMETHING International Airplane Citizen and Tourists Safety). (**03/14/1980-Prime Suspect, Ernie "Sonny" Marson, Sr., a Boxing Coach & USA/ABF President of Northern California Region in 1992, who resides at:  125 Ellington Avenue, aka: 147 Ellington Street, San Francisco, California 94112,** discovered through In Pro Se, Independent Investigation, *with emphasis* that **03/14/1980 is the Birthday of the petitioner's/plaintiff's Biological MOTHER's Birth Certificate, i.e., Lucy M. Grimes' birth vital records COINCIDENCE**). {**NOTE**: Horrific **1980** Types of Disasters with COINCIDENTAL Dates are often premeditated rouses by covert terrorist used to unjustifiably scare & extort parents and grandparents into paying extortion fees for hopes of no harm to generalized and significant others, more pertinent evidence (**03/14/1980**)/**March 14**-zodiac signs DATES & 543 **Ram**sell Street are the:  Aries **Ram** Zodiac Sign, i.e., **Ram**ming into building disasters using TRANSPORTATION Vehicles, airplanes, etc., can be very scary covert extortion communic stuff.}

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

The Petitioner/Plaintiff, Jerome L. Grimes has sought Sport Arbitration from Judicial Authority of AIBA, but it is the Petitioner/Plaintiff, Jerome L. Grimes' interpretation or

understanding that the proper and alternate jurisdiction is within the Laws of the (USA) United States of America and Its Territories, which makes Sport Arbitration an extreme uneconomical international jurisdiction novelty for the pauper petitioner/plaintiff HEREIN.

1.) A court order/judicial notice to suspend the defendant's decision in **December**, **2020** to not amend the age discrimination in employment/self-employment over 40 years of age boxers demotion and exclusion from ELITE Classification USA Boxing Regional & National Participant Qualifiers, Olympic Style Boxing Participant Competitions, and Olympic International Boxing Participant Venues, which is in violation of the U.S. Constitution Laws against age discrimination in employment, pursuant to the Olympic Charter, Article **13J**, amended on, **June 01, 2016**, admitting professional boxers into the Olympic Boxing Participant Competition Venue, and it is a known fact that professional boxing is a paid employment venue in which age discrimination is forbidden asserted by the (WBO) World Boxing Organization, (WBA) World Boxing Association, and (WBC) World Boxing Commission, who all do "NOT" age discriminate in professional boxing.

2.) Suspend the above-mentioned **December**, **2020**, defendant's decision until the current procedure was finally settled.

3.) A court order "ordering" the defendant to immediately authorize the petitioner/plaintiff to be "allowed" to participate in the ELITE Classification Boxing Participant Venues, ELITE Regional Boxing Participant Qualifiers, and ELITE National Boxing Participant Qualifiers in the Years: **2021**, **2022**, **2023**, **2024**, **2025**, **2026**, **2027**, and **2028**.

4.) And a Court ruling that these measures should remain in force until a decision is reached on the application to set aside the decision (on the merits).

5.) SUM Certain Damages: **$75,000.00** (Seventy-five Thousand Dollars). For the direct result of the supervisory negligence of USA Boxing, Inc., the vicariously liable party, the Plaintiff JEROME L GRIMES has sustained unrepairable injuries and damages as follows: (a) past and future emotional pain and suffering; (b) loss of capacity of enjoyment of life without being able to continue to compete as an Olympic Style Self-employed (3) Three Rounds ELITE Classification Boxing Participant Athlete WITHOUT Age Discrimination in the (USA) United States of America and Its Territories through unfair bias and unjustifiable discrimination against the Plaintiff's name that MIGHT be unjustifiably demoted, prejudiced, and banned into the MASTERS Boxing Participant

Classification national ban or boycott against ELITE Boxing Participant/Plaintiff/
Petitioner OVER **40** Years of Age USA Boxing Registration **2021**, Year
unconstitutionally asserted by USA Boxing and not agreeance with the Olympic Charter,
Article **13J** of: **June 01, 2016**, Amendment to the Admission of Professional Boxers into
the Olympic Style Boxing Qualification and Boxing Participant Competition Venue with
Pay AIBA Pro Boxing Option by the defendants' vicarious negligence; (c) expenses and
costs to bring tort litigation and/or arbitration; (d) loss of self-employment earnings **1992 -
through- 1994**, **2015**, **2016**, **2017**, **2018**, and **2019**, with loss of ability to compete in the
ELITE USA Boxing Classification and/or earn money through marketing, branding, and
sponsorship acquisitions due to illegal Age Discrimination in Employment/(Self-
EMPLOYMENT) of OVER **40** years of age ELITE USA Boxing Classification
Participant Venue, pursuant Article **13J** of the Olympic Charter, **June 01, 2016**, Rights of
the Petitioner/Plaintiff; and (e) the aforementioned losses are either permanent or
continuing and Petitioner/Plaintiff will suffer losses in the future, because of: **03/14/1980**-
Prime Suspect, Ernie Marson, Sr.'s, **aka:** "Sonny Marson's" COINCIDENTAL and illegal
actions of Spiked Drowsy Poison Water-Bottle Covert Terror **BEFORE** the
petitioner's/plaintiff's boxing bout in **1992**, discovered through In Pro Se, Independent
Investigation, and the illegal, unethical, and unjustifiable (45) Forty-five DAYS
restriction, i.e., INTIMIDATION in **1992** Year WHEN the national and international
restriction time period for alleged headshots in a boxing bout was (30) Thirty DAYS in
**1992** Year, Covert INTIMIDATION "TOLLS" the statute of limitations for time to file,
discovered through In Pro Se, Independent Investigation that Ernie Marson, Sr., a USA
Boxing Northern California Representative did covertly break the law against the
petitioner/plaintiff BEFORE and AFTER the COINCIDENTAL boxing bout in **1992** false
pretenses arranged to INTIMIDATE and Frame-up the petitioner/plaintiff as headshot
participant, and personally witnessed in close-up field of view by the HEREIN
petitioner/plaintiff, Jerome L. Grimes, with B.A. Degree, at the time of **1992**, i.e., **Post-
03/14/1980**-Covert Terrorism against the petitioner/plaintiff. (*Getz -v.- Robert Welch,
Inc.*, 418 U.S. 323 (1974)). 1st Amendment Rights tort brought by private individuals,
U.S. Constitution.

I declare under the penalty of perjury, under the laws of the United States of America (USA) and Its Territories, that the plaintiff is the PETITIONER and a proud member of USA Boxing, BUT induced into plaintiff status by: **03/14/1980**-Olympiad Airplane Remote Control Tire-blowout to Unjustifiably Cause Severe Damage Modus Operandi - flight to- Poland International Invitational Boxing Tournament Airplane COINCIDENTAL Disaster Prime-Suspect, Ernie Marson, Sr., and I certify that the foregoing is true and correct.

## F.        PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

JEROME L. GRIMES

(Plaintiff's signature)

May 22, 2021                          08/01/21

(Date)

(Form Revised December 2017)

12